✎GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Crim. No.  7:18-CR-00034-001 (HL) |
| **BALBINO PEREZ** | |

Balbino Perez has complied with the rules and regulations of supervised release, has met the criteria for early termination outlined in the Guide; Volume 8, Part E (Post-Conviction Supervision); Chapter 3, as approved by the Administrative Office of United States Courts, and is no longer in need of supervision. It is accordingly recommended that Perez be discharged from supervision.

Respectfully submitted,

Desmond A. Phillips
U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___18th___ day of ___May___, 2023.

s/Hugh Lawson
HUGH LAWSON
SENIOR U.S. DISTRICT JUDGE